**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-2276

DARNELL WINSTON WALKER,

Plaintiff - Appellant,

v.

DENIS R. MCDONOUGH, Secretary of Veterans Affairs,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:18-cv-00624-RJC-DSC)

Submitted: February 26, 2021                    Decided: March 17, 2021

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darnell Winston Walker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell Winston Walker appeals the district court's order accepting the magistrate judge's recommendation and dismissing Walker's complaint under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, alleging discrimination, retaliation, and hostile work environment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Walker v. Wilkie*, No. 3:18-cv-00624-RJC-DSC (W.D.N.C. Oct. 9, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*